UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTORIA A. MCGEHEE,          ) | |
|                               ) | |
|     Plaintiff,                 ) | |
|                               ) | |
|     vs.                       ) | Case No. 4:25-cv-0933-MTS |
|                               ) | |
| SYNCHRONY BANK,               ) | |
|                               ) | |
|     Defendant.                ) | |

## **MEMORANDUM AND ORDER**

Before the Court is Plaintiff's Motion to Extend Time to File Notice of Appeal Due to Ongoing Settlement Discussions. Doc. [35]. The Court concludes that Plaintiff has neither shown good cause nor excusable neglect to extend the deadline to file an appeal. *See* Fed. R. App. P. 4(a)(5)(A); *see also Clowers v. OneWest Bank, FSB*, 572 F. App'x 822, 823–24 (11th Cir. 2014) (per curiam). In addition, the Court concludes that providing extra time for an appeal in this matter would be inappropriate because Plaintiff's appeal would be frivolous given that the Court plainly lacks subject-matter jurisdiction over this matter. *See Parker v. Att'y Gen., State of Okl.*, 953 F.2d 1392 (10th Cir. 1992) (table decision) ("We do not think the district court abused its discretion in denying a motion for extra time to file a frivolous appeal."); *United States v. McNeil*, 4:24-cr-3048-SMB, 2025 WL 2855626, at *1 (D. Neb. Oct. 8, 2025) (finding "no basis to extend [defendant's] deadline to appeal" where his "appeals [we]re frivolous"); *see also Maneikis v. Jordan*, 678 F.2d 720, 722 n.7 (7th Cir. 1982) (per curiam) (recognizing that

courts have concluded that appeals are "frivolous" in cases "in which subject matter jurisdiction is clearly lacking").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to File Notice of Appeal, Doc. [35], is **DENIED**.

Dated this 8th day of January 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE